JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON, | CV 24-3802 PA (PDx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| EL QUETZAL BIRDSHOP LLC, et al., | |
| Defendants. | |

Pursuant to the Court's September 10, 2024 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Kenneth Davidson ("Plaintiff") against defendants El Quetzal Birdshop LLC and Lloyd J. Wilson, as trustee of the Wilson Living Trust, it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: September 10, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE